◻ ORIGINAL

FILED
2008 AUG 20 AM 9:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

1  GAIL E. LEES, SBN 90363
   GLees@gibsondunn.com
2  CHRISTOPHER CHORBA, SBN 216692
   CChorba@gibsondunn.com
3  BRYAN E. SMITH, SBN 239467
   BSmith@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
5  Los Angeles, California  90071-3197
   Telephone:  (213) 229-7000
6  Facsimile:  (213) 229-7520

7  Attorneys for Defendant
   GENERAL MILLS, INC.

'08 CV 1532 L LSP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN WRIGHT,<br><br>        Plaintiff,<br><br>  v.<br><br>GENERAL MILLS, INC.,<br><br>        Defendant. | CASE NO. _____<br><br>CLASS ACTION  **BY FAX**<br><br>DEFENDANT GENERAL MILLS, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST<br><br>[Civil Rule 40.2; Fed. R. Civ. P. 7.1] |

Gibson, Dunn &
Crutcher LLP

Pursuant to Civil Rule 40.2 and Fed. R. Civ. P. 7.1, the undersigned counsel of record for Defendant General Mills, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- No parent corporation or publicly held company owns 10% or more of the stock of General Mills, Inc., or has a pecuniary interest in the outcome of the case.
- Liberty Mutual Insurance Company is General Mills, Inc.'s insurance carrier that may be liable in whole or in part (directly or indirectly) for a judgment that may be entered in the action or for the cost of defense.
- Defendant General Mills, Inc. makes these disclosures on behalf of itself and no other party.

Dated: August 20, 2008

GIBSON, DUNN & CRUTCHER LLP

By: *Gail E. Lees* BES
Gail E. Lees

Attorneys for Defendant
GENERAL MILLS, INC.

100503239_1.DOC

# CERTIFICATE OF SERVICE

I, Carla Durkee, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, CA 92612-4412 in said County and State. On **August 20, 2008**, I served the following document(s):

**DEFENDANT GENERAL MILLS, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST [Civil Rule 40.2; Fed. R. Civ. P. 7.1]**

on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

| | |
|---|---|
| McNulty Law Firm<br>Peter J. McNulty<br>Brett L. Rosenthal<br>827 Moraga Drive<br>Los Angeles, CA 90049<br>Phone: (310) 471-2707<br>Fax: (310) 472-7014 | Attorneys for Plaintiff |

**VIA HAND DELIVERY**

| | |
|---|---|
| Angwin Law Firm<br>Edward E. Angwin<br>2229 First Avenue North<br>Birmingham, Alabama 35203<br>Phone: (205) 241-9608 | Attorneys for Plaintiff |

**VIA UPS NEXT DAY AIR**

| | |
|---|---|
| Jackson & Tucker PC<br>K. Steven Jackson<br>Joseph L. Tucker<br>2229 First Avenue North<br>Birmingham Alabama 35203<br>Phone: (205) 252-3535 | Attorneys for Plaintiff |

**VIA UPS NEXT DAY AIR**

| | |
|---|---|
| Law Office of Anna Dean Farmer, P.C.<br>Anna Dean Farmer<br>440 Louisiana, Suite 900<br>Houston, Texas 77002<br>Phone: (713) 965-0095 | Attorneys for Plaintiff |

**VIA UPS NEXT DAY AIR**

Gibson, Dunn & Crutcher LLP

DEFENDANT GENERAL MILLS, INC.'S NOTICE OF PARTY
WITH FINANCIAL INTEREST PURSUANT TO CIVIL RULE 40.2

08cv_____

| | |
|---|---|
| The Gilbert Law Firm<br>Christopher K. Gilbert<br>2223 Cheshire Lane<br>Houston, Texas 77018<br>Phone: (832) 541-3737 | Attorneys for Plaintiff |

**VIA UPS NEXT DAY AIR**

☐ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY E-MAIL:** I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **BY FACSIMILE:** From facsimile number (949) 451-4220 at _____ a.m./p.m., I caused each such document to be transmitted by facsimile machine, to the parties and numbers indicated above, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

☒ **BY UPS NEXT DAY AIR:** On the above-mentioned date, I placed a true copy of the above-mentioned document(s), together with an unsigned copy of this declaration, in a sealed envelope or package designated by the United Parcel Service with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by United Parcel Service or delivered same to an authorized courier or driver authorized by United Parcel Service to receive documents.

☒ I am employed in the office of Gail E. Lees, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☐ (STATE)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL)    I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 20, 2008**.

_____
Carla Durkee

100503239_1.DOC