1  GAIL E. LEES, SBN 90363
   GLees@gibsondunn.com
2  CHRISTOPHER CHORBA, SBN 216692
   CChorba@gibsondunn.com
3  BRYAN E. SMITH, SBN 239467
   BSmith@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
5  Los Angeles, California 90071-3197
   Telephone: (213) 229-7000
6  Facsimile: (213) 229-7520

7  Attorneys for Defendant,
   GENERAL MILLS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN WRIGHT, individually and as Class Representative of and for all those similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>GENERAL MILLS, INC., and DOES 1 through 100,<br><br>          Defendant. | CASE NO. 08CV1532-L-LSP<br><br>Assigned to the Honorable M. James Lorenz<br><br>CLASS ACTION<br><br>**JOINT MOTION AND STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT PENDING MOTION TO REMAND**<br><br>(Order lodged under separate cover pursuant to Electronic Case Filing Administrative Policies and Procedures Manual, Section 2, subd. (h))<br><br>[San Diego Superior Court, Case No. 37-2008-00054977-CU-BT-NC]<br><br>Action Filed: June 4, 2008<br>Trial Date: Not set. |

Gibson, Dunn & Crutcher LLP

JOINT MOTION AND STIPULATION                                    Case No. 08CV1532 L LSP

Plaintiff Erin Wright ("Plaintiff") and Defendant General Mills, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate and agree to the entry of an Order extending the time in which Defendant must file a response to Plaintiff's Complaint.

1. WHEREAS Plaintiff filed her Complaint against Defendant in San Diego Superior Court on June 4, 2008;

2. WHEREAS Plaintiff served Defendant's registered agent with the Complaint on July 21, 2008;

3. WHEREAS Defendant removed the above-entitled action to this Court on August 20, 2008;

4. WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c), Defendant has until August 27, 2008, to respond to the Complaint;

5. WHEREAS Plaintiff intends to file a motion to remand this action to San Diego Superior Court by August 29, 2008;

6. WHEREAS, although the parties disagree over the appropriate jurisdiction to resolve Plaintiff's claims, the parties agree that the interests of judicial economy and efficiency, and their mutual interest in avoiding unnecessary expense, support a continuance of the deadline for the Defendant to respond to Plaintiff's Complaint until after the jurisdictional issues are resolved;

7. WHEREAS the parties jointly and respectfully believe that a decision on the issue of federal jurisdiction should occur first, before the parties or the Court address other issues, such as the legal sufficiency of Plaintiff's Complaint, and that this sequence is consistent with U.S. Supreme Court and Ninth Circuit precedent (*see generally Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 94-95 (1998) (holding that federal courts must normally determine issues of subject matter jurisdiction before considering a case on its merits); Schwarzer, Tashima, et al., *Cal. Prac. Guide: Fed. Civ. Pro. Before Trial* § 2:609.5 (The Rutter Group 2008) ("the district court has an independent obligation to examine whether removal jurisdiction

exists before deciding any issue on the merits (even if the merits could be readily resolved...)" (citing *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004)));

8. WHEREAS the parties agree, subject to the Court's approval, that Defendant's response (answer, motion to dismiss, or other response) to Plaintiff's Complaint shall be due twenty (20) days after this Court rules on Plaintiff's forthcoming motion to remand;

9. WHEREAS Plaintiff agrees to grant Defendant a twenty (20) day extension to respond to her Complaint in the event Plaintiff does not file a motion to remand;

10. WHEREAS Plaintiff agrees not to seek the entry of default until at least five (5) court days after the Court rules on this Joint Motion and Stipulation;

11. Except as specifically described herein, nothing in this Joint Motion and Stipulation constitutes a waiver of any rights of Plaintiff or Defendant;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, subject to concurrence and order by the Court, that the deadline for Defendant General Mills, Inc. to answer, file a motion to dismiss, or otherwise respond to Plaintiff Erin Wright's Complaint shall be the later of: (a) twenty (20) days after the Court rules on Plaintiff's to-be-filed motion to remand, or (b) September 16, 2008 if Plaintiff does not file a motion to remand.

**IT IS SO STIPULATED.**

DATED: August 22, 2008

McNULTY LAW FIRM
JACKSON & TUCKER PC
LAW OFFICE OF ANNA DEAN FARMER
THE GILBERT LAW FIRM

By: _____
       PETER McNULTY

Attorneys for Plaintiff,
ERIN WRIGHT

1  DATED: August 22, 2008                    GIBSON, DUNN & CRUTCHER LLP

3                                            By: /s/ Christopher Chorba BES
                                                 CHRISTOPHER CHORBA

                                             Attorneys for Defendant,
                                             GENERAL MILLS, INC.

100505959_1.DOC

CERTIFICATE OF SERVICE

I, Carla Durkee, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, California 92612-4412, in said County and State.

I hereby certify that on **August 22, 2008**, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System.

I am employed at the law firm of Christopher Chorba, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

I further certify that copies of the foregoing were sent on **August 22, 2008**, via **FACSIMILE AND FIRST CLASS MAIL** to the following parties:

McNulty Law Firm
Peter J. McNulty
Brett L. Rosenthal
827 Moraga Drive
Los Angeles, CA 90049
Phone: (310) 471-2707
Fax: (310) 472-7014

Angwin Law Firm
Edward E. Angwin
2229 First Avenue North
Birmingham, Alabama 35203
Phone: (205) 241-9608
Fax: (205) 252-3536

Jackson & Tucker PC
K. Steven Jackson
Joseph L. Tucker
2229 First Avenue North
Birmingham Alabama 35203
Phone: (205) 252-3535
Fax: (205) 252-3536

Law Office of Anna Dean Farmer, P.C.
Anna Dean Farmer
440 Louisiana, Suite 900
Houston, Texas 77002
Phone: (713) 965-0095
Fax disconnected

The Gilbert Law Firm
Christopher K. Gilbert
2223 Cheshire Lane
Houston, Texas 77018
Phone: (832) 541-3747
Fax: (713) 290-8060

I declare under penalty of perjury that the foregoing is true and correct. Executed on **August 22, 2008**.

*(signed)* Carla Durkee

100505959_1.DOC