UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN WRIGHT, individually and as Class Representative of and for all those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL MILLS, INC., and DOES 1 through 100,<br><br>    Defendant. | CASE NO. 08CV1532-L-LSP<br><br>**ORDER GRANTING JOINT MOTION [doc. #4] EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT PENDING MOTION TO REMAND** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Gibson, Dunn & Crutcher LLP

ORDER GRANTING JOINT MOTION AND STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT PENDING MOTION TO REMAND

Case No. 08CV1532 L LSP

1  Good cause appearing, the parties' joint motion extending time for defendant to
2  respond to the complaint pending motion to remand is **GRANTED.** The deadline for
3  Defendant General Mills, Inc. to answer, file a motion to dismiss, or otherwise respond
4  to Plaintiff Erin Wright's Complaint shall be the later of: (a) twenty (20) days after the
5  Court rules on Plaintiff's to-be-filed motion to remand, or (b) September 16, 2008 if
6  Plaintiff does not file a motion to remand.

7  **IT IS SO ORDERED.**

8  DATED: August 25, 2008

9
10  M. JAMES LORENZ
    U.S. DISTRICT COURT JUDGE

11  COPY TO:

12  HON. LEO S. PAPAS
    U.S. MAGISTRATE JUDGE
13
    ALL PARTIES/COUNSEL

1

Gibson, Dunn & Crutcher LLP

ORDER GRANTING JOINT MOTION AND STIPULATION
EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
PENDING MOTION TO REMAND

Case No. 08CV1532 L LSP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Gibson, Dunn & Crutcher LLP

ORDER GRANTING JOINT MOTION AND STIPULATION
EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
PENDING MOTION TO REMAND

Case No. 08CV1532 L LSP