GAIL E. LEES, SBN 90363
GLees@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
CChorba@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant,
GENERAL MILLS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN WRIGHT, individually and as Class Representative of and for all those similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>GENERAL MILLS, INC., and DOES 1 through 100,<br><br>        Defendant. | CASE NO. 08CV1532-L-LSP<br><br>Assigned to the Honorable M. James Lorenz<br><br>CLASS ACTION<br><br>**JOINT MOTION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION TO REMAND**<br><br>(Proposed Order lodged under separate cover pursuant to Electronic Case Filing Administrative Policies and Procedures Manual, Section 2, subd. (h))<br><br>[San Diego Superior Court, Case No. 37-2008-00054977-CU-BT-NC] |

1       Plaintiff Erin Wright ("Plaintiff") and Defendant General Mills, Inc.

2 ("Defendant"), by and through their respective counsel, hereby move jointly for entry

3 of an Order continuing the hearing date for Plaintiff's Motion to Remand from

4 October 27 to November 10, 2008.

5       1.     WHEREAS Defendant removed this action to this Court pursuant to 28

6 U.S.C. §§ 1332 and 1441 on August 20, 2008;

7       2.     WHEREAS Plaintiff filed her Motion to Remand (the "Motion") in this

8 Court on August 28, 2008, noticing the hearing date on the Motion for October 27,

9 2008;

10       3.     WHEREAS lead counsel for Defendant has a conflict on October 27,

11 2008 that will cause her to be out of the state, and counsel for the Plaintiff has agreed

12 to continue the hearing on the Motion to accommodate this conflict;

13       4.     WHEREAS both Parties agree that no prejudice to either party shall

14 result from continuing the hearing on the Motion two weeks, to November 10, 2008;

15       5.     Except as specifically described herein, nothing in this Joint Motion and

16 Stipulation constitutes a waiver of any rights of Plaintiff or Defendant;

17       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and

18 between Plaintiff and Defendant, subject to concurrence and order by the Court, that

19 the hearing on Plaintiff's Motion to Remand shall be held on November 10, 2008, at

20 10:30 a.m., or such other time as ordered by the Court.

21 **IT IS SO STIPULATED.**

22 DATED: September 3, 2008       McNULTY LAW FIRM

23                               JACKSON, TUCKER & ANGWIN, PC

                                  LAW OFFICE OF ANNA DEAN FARMER

24                               THE GILBERT LAW FIRM

25

26                               By:   _____/s/_____

                                     BRETT L. ROSENTHAL

27

28                               Attorneys for Plaintiff,

                              ERIN WRIGHT

1

1   DATED:  September 3, 2008     GIBSON, DUNN & CRUTCHER LLP

2

3                                  By:  _____/s/_____
                                          CHRISTOPHER CHORBA

4

5                                  Attorneys for Defendant,
                                  GENERAL MILLS, INC.

100510527_1.DOC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

JOINT MOTION TO CONTINUE HEARING DATE         Case No. 08CV1532 L LSP
ON PLAINTIFF'S MOTION TO REMAND

## CERTIFICATE OF SERVICE

I, Christina Perez declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue., Los Angeles, CA 90071 in said County and State.

I hereby certify that on **September 3, 2008**, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System.

I am employed at the law firm of Christopher Chorba, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

I further certify that copies of the foregoing were sent on **September 3, 2008**, **via ELECTRONIC MAIL** to the following parties:

McNulty Law Firm
Peter J. McNulty
Brett L. Rosenthal
827 Moraga Drive
Los Angeles, CA 90049
Phone: (310) 471-2707
Fax: (310) 472-7014
brett@mcnultylaw.com

Jackson, Tucker & Angwin, PC
K. Steven Jackson
Joseph L. Tucker
Edward E. Angwin
2229 First Avenue North
Birmingham Alabama 35203
Phone: (205) 252-3535
Fax: (205) 252-3536
ed@angwinlaw.com

Law Office of Anna Dean Farmer, P.C.
Anna Dean Farmer
440 Louisiana, Suite 900
Houston, Texas 77002
Phone: (713) 965-0095
adfarmer@adf-law.com

The Gilbert Law Firm
Christopher K. Gilbert
2223 Cheshire Lane
Houston, Texas 77018
Phone: (832) 541-3747
Fax: (713) 290-8060
cgilbert@gilbert-law.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 3, 2008**.

_____

100510527_1.DOC

3

JOINT MOTION TO CONTINUE HEARING DATE                    Case No. 08CV1532 L LSP
ON PLAINTIFF'S MOTION TO REMAND