|   |   |
|---|---|
| ERIN WRIGHT, | Civil No. 08cv1532 L(LSP) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION TO REMAND [doc. #7]** |
| v. |   |
| GENERAL MILLS, INC., |   |
| Defendant. |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Good cause appearing, the parties' joint motion to continue the hearing date on plaintiff's motion to remand is **GRANTED**. The hearing shall now be held on November 10, 2008 at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: September 3, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

08cv1532

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28