# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE NITA L. STORMES TO MAGISTRATE JUDGE WILLIAM V. GALLO | ) ) ) ) ) ) ) ) ) TRANSFER ORDER |

IT IS HEREBY ORDERED that the following listed cases are transferred from the calendar of the Honorable Nita L. Stormes, to the calendar of the Honorable William V. Gallo, for all further proceedings. All conference or hearing dates set before Magistrate Judge Stormes, if any, are **VACATED** and will be rescheduled before Magistrate Judge Gallo. Any dates set before any district judge remain unchanged.

1. *Team C. Construction v. Cornerstone Building Group*, 08cv2250 DMS
2. *Wright v. General Mills, Inc.*, 08cv1532 L
3. *J&J Sports Productions, Inc. v. McCauley*, 08cv2191 BTM
4. *Johnson v. Poway Unified School District*, 07cv783 BEN
5. *Waters v. Advent Product Development Inc.*, 07cv2089 BTM
6. *Smart v. Sony Corporation of America, Inc.*, 08cv2276 W, consolidated with *Bolton v. Sony Corporation of America, Inc.* (09cv620-W), and *Bashore v. Sony Corporation of America, Inc.* (09cv736-W)
7. *IndyMac Federal Bank, F.S.B. v. McComic*, 08cv1871 IEG

8. *Hayes v. Tilton*, 07cv533 JAH

9. *Alve v. Scribner*, 08cv162 W

10. *Grimes v. Tilton*, 06cv2309 BTM

11. *Graham v. Astrue*, 08cv1973 JAH

12. *Lopez v. Cook*, 08cv438 H

13. *Steel v. City of San Diego*, 09cv1743 MMA

14. *Zheng v. Jiang*, 09cv1268 MMA

15. *Whitmore v. Hense*, 09cv1324 MMA

16. *Malava v. Innovative Beverage Group Holdings*, 09cv173 WQH

**IT IS SO ORDERED.**

DATED: October 16, 2009

Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court